# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: LA TOYA N. THOMAS § Case No. 13-82947
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/26/2013.

2) The plan was confirmed on 10/25/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/21/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 03/04/2014, 04/04/2014, 05/30/2014.

5) The case was converted on 12/29/2016.

6) Number of months from filing or conversion to last payment: 40.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,100.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 19,728.58 |
| Less amount refunded to debtor(s) | $ 583.08 |
| **NET RECEIPTS** | $ 19,145.50 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,261.09 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,261.09 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,775.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LOVES PARK LEGAL CLINIC | Lgl | 0.00 | 1,775.00 | 1,775.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Sec | 9,000.00 | 14,537.13 | 14,452.25 | 12,463.13 | 1,561.00 |
| AMERICREDIT FINANCIAL | Uns | 5,452.25 | 0.00 | 84.88 | 0.00 | 0.00 |
| GM FINANCIAL | Uns | 14,178.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CL. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE MAINT & | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE RESORTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,444.98 | 3,841.13 | 3,841.13 | 3,841.13 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 35.38 | 35.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,316.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MGMT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MGMT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 328.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL/SPRINGLEAF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL/SPRINGLEAF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL/SPRINGLEAF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | Uns | 2,788.57 | 2,788.57 | 2,788.57 | 0.00 | 0.00 |
| ARM/SANTANDER | Uns | 2,554.85 | NA | NA | 0.00 | 0.00 |
| ARTURO S. MANAS M.D. | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS | Uns | 1,118.33 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 506.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 702.83 | 713.93 | 713.93 | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 565.85 | 535.24 | 535.24 | 0.00 | 0.00 |
| CREDIT MANGEMENT LP | Uns | 533.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 533.37 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 934.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 855.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| DNA DIAGNOSTICS CENTER | Uns | 398.25 | NA | NA | 0.00 | 0.00 |
| DR. DENNIS FLANAGAN | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/ CONVERGENT | Uns | 715.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 455.00 | 455.38 | 455.38 | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE | Uns | 1,005.00 | NA | NA | 0.00 | 0.00 |
| HARRIS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| HARRIS | Uns | 410.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUOT FINANCE / | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 423.52 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/ | Uns | 9,562.23 | 9,931.31 | 9,931.31 | 19.15 | 0.00 |
| MOHELA/ DEPT OF ED | Uns | 5,402.00 | NA | NA | 0.00 | 0.00 |
| MOHELA/ DEPT OF ED | Uns | 4,477.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 480.12 | 381.95 | 381.95 | 0.00 | 0.00 |
| PARDA FEDERAL CREDIT UNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PARDA FEDERAL CREDIT UNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Uns | 53.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PLAINS COMMERCE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CLINICAL | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 98.66 | 17.69 | 17.69 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 642.80 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 732.34 | 2,624.44 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 879.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 735.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 106.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 70.00 | 3,036.54 | 3,036.54 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 730.18 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 358.76 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIPLE A COMMUNITY FINANCIAL | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECT BUR INC | Uns | 398.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 228.00 | 229.20 | 229.20 | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE I | Uns | 0.00 | 1,677.23 | 1,677.23 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 715.04 | 715.04 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 0.00 | 328.53 | 328.53 | 0.00 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,452.25 | $ 12,463.13 | $ 1,561.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 14,452.25 | $ 12,463.13 | $ 1,561.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,841.13 | $ 3,841.13 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,841.13 | $ 3,841.13 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 20,930.87 | $ 19.15 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 1,261.09 |
| Disbursements to Creditors | $ 17,884.41 |
| **TOTAL DISBURSEMENTS:** | $ 19,145.50 |

      12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 01/23/2017      By: /s/ Lydia S. Meyer
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.